UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>      Plaintiff,<br><br>      v.<br><br>EXPAND, INC., a corporation, also d/b/a Gigats, also d/b/a Education Match, also d/b/a SoftRock, Inc., and<br><br>AYMAN A. DIFRAWI, a/k/a Alec Difrawi, a/k/a Ayman El-Difrawi, individually and as an officer or director of EXPAND, INC.<br><br>      Defendants. | Case No. 6:16-cv-00714-CEM-TBS<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT** |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT
INJUNCTION AND MONETARY JUDGMENT**

Plaintiff Federal Trade Commission ("Commission") and Defendants Expand, Inc. and Ayman A. Difrawi hereby move this Court for entry of the attached Stipulated Order for Permanent Injunction and Final Judgment.  In support of this motion, the parties state the following:

1.      The Commission filed its Complaint for Permanent Injunction and Other Equitable Relief on April 28, 2016, alleging that Defendants violated Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a).

2.      The Commission and Defendants have reached a settlement (attached to this motion) that will resolve this matter.

WHEREFORE, the Commission and Defendants jointly request the Court enter the attached Stipulated Order for Permanent Injunction and Monetary Judgment.

Respectfully Submitted,

/s/ Brian S. Shull
BRIAN S. SHULL, ESQ.
DANIEL DWYER, ESQ.
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20850
Telephone: 202-326-3720 (Shull)
Telephone: 202-326-2957 (Dwyer)
Facsimile: 202-326-3768
Email: bshull@ftc.gov, ddwyer@ftc.gov

COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION

/s/ Thomas Sadaka

*(Signed by Filing Attorney with permission of Non-Filing Attorney)*

/s/ Brian S. Shull

Thomas Sadaka, LL.M.
Florida Bar No. 915890
Sadaka Law Group, PLC
1420 Celebration Blvd, Second Floor
Celebration, FL 34747
Telephone: 407-566-2110
Facsimile: 866-566-2153
Email: Tom@sadakalaw.com

COUNSEL FOR DEFENDANTS EXPAND, INC. AND AYMAN A. DIFRAWI

DATE:   April 28, 2016

## CERTIFICATE OF SERVICE

I certify that on this 28th day of April, 2016, I caused to the foregoing Joint Motion for Entry of Stipulated Order for Permanent Injunction and Monetary Judgment to be served on the following individual by Federal Express:

Thomas Sadaka, LL.M.
Sadaka Law Group, PLC
1420 Celebration Blvd, Second Floor
Celebration, FL 34747

Counsel for Defendants Expand, Inc. and Ayman A. Difrawi

/s/ Brian S. Shull
Attorney